IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

Shipley Fuels Marketing, LLC,                    *

    Plaintiff,                                      *       Civil Action No.

v.                                               *

Raja S. Ejaz,                                    *

    Defendant.                                    *

  *    *    *    *    *    *    *    *    *    *    *    *

## COMPLAINT

Shipley Fuels Marketing, LLC ("Shipley") sues Raja S. Ejaz ("Mr. Ejaz") on Mr. Ejaz' personal guarantees to Shipley for the payment for gasoline sold to Mr. Ejaz' businesses, gas stations owned or operated in this District by AWWAB, Inc. and related business Qaisar Fuel Inc. and states further as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332.  Shipley is a Pennsylvania LLC with no Maryland members and Ejaz is a Maryland resident.  The amount in controversy exceeds $75,000 exclusive of interest and costs.

2.      Venue is proper in this Court because Mr. Ejaz is a Maryland resident of Anne Arundel County.

### Parties

3.      Shipley is a Pennsylvania LLC with no Maryland members, registered and in good standing in Maryland as a foreign LLC.

4.      Ejaz is a Maryland resident in Anne Arundel County and owner of AWWAB, which operates a gas station on Edmonson Avenue in Baltimore, Maryland.

- 1 -

**Breach of Contract and Guarantees by Ejaz**

5.      Shipley sold at least $87,583.38 of gasoline to AWWAB, and $29,455.34 of gasoline to Quaisar, delivered and provided in this District with terms for 3 days' payment by electronic funds transfer ("EFT") and $100 payment for each returned or rejected EFT including for account insufficient funds.  Ejaz personally on or about June 12, 2026 executed guarantees for his personal guarantee of payment to Shipley by AWWAB and Quaisar.

6.      AWWAB (with 3 rejected EFTs) and Qaisar (one rejected EFT) failed to make payment to Shipley for gasoline that Shipley sold and delivered to AWWAB Qaisar in Maryland and despite repeated demand to Mr. Ejaz, which Mr. Ejaz acknowledged by Shipley has not been paid for the gasoline that Shipley sold to AWWAB and to Qaisar.  Each personal guarantee that Mr. Ejaz executed also provides for Shipley to receive its attorneys fees and costs of this recovery action against Mr. Ejaz.

7.      Mr. Ejaz confirmed in each guarantee that he understood and confirmed each personal guaranty's terms and approved them.   Mr. Ejaz owes Shipley in consequence of AWWAB's and Qaisar's defaults and his personal guaranty to Shipley at least the total amounts demanded below.

## DEMAND FOR JUDGMENT

WHEREFORE, Shipley demands and respectfully requests that this Court enter judgment against Mr. Ejaz:

(A)    In the total amount of at least **$117,430.72** ($87,583.38 of gasoline to AWWAB, and $29,455.34 of gasoline to Quaisar, 4 rejected EFTs, $100 apiece);

(B)    For Shipley's attorneys fees and costs, and prejudgment interest, to be assessed on entry of judgment or otherwise pursuant to the Federal Rules of Civil Procedure; and

(C )    That this Court order other and proper relief.

Dated:    July 30, 2026.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
Fax 410-510-1789
jssimms@simmsshowers.com

Shipley Counsel